UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
INTERCEPTOR IGNITION INTERLOCKS, INC.,

                Plaintiff,                18-cv-4289 (PKC)

   -against-

                                                                    ORDER

AT&T MOBILITY SERVICES LLC,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       Within 21 days of this Order, pursuant to the Court's February 4, 2020 Order, (Doc. 47), defendant shall submit an affidavit attesting to the commencement or non-commencement of arbitration. If plaintiff has not commenced arbitration, defendant's affidavit shall be accompanied by an application to dismiss the case for failure to prosecute.

       SO ORDERED.

                                                             P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
         July 23, 2020