UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Interceptor Ignition Interlocks, Inc.,

                Plaintiff(s),                    18-cv-4289 (PKC)

      -against-                           ORDER

AT&T Mobility Services LLC,

                Defendant(s).
_____

CASTEL, U.S.D.J.

        The Court was advised that an arbitration had been commenced on March 3, 2020. Since that time, the Court has heard nothing from the parties. The plaintiff shall advise of the status of proceedings by February 28, 2022 or the case will be dismissed and closed.

        SO ORDERED.

                                              _____
                                                  P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
          February 11, 2022