

### SULLIVAN PAPAIN BLOCK
## McGRATH COFFINAS & CANNAVO p.c.

Robert G. Sullivan
Nicholas Papain
Michael N. Block
Christopher T. McGrath
Vito A. Cannavo
John F. Nash
Frank V. Floriani
Eleni Coffinas
David J. Dean
Hugh M. Turk

Albert B. Aquila
Brian J. Shoot
Mary Anne Walling
Eric K. Schwarz
Elizabeth Montesano
Deanne M. Caputo
Liza A. Milgrim
Thomas J. McManus
Glenn W. Nick
Mark A. Apostolos

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
TrialLaw1.com

PLEASE REPLY TO:

New York City Office

Ina Pecani
Jessica P. Denninger
Christopher J. DelliCarpini
Marianne C. Burke
Paul Bitetti
Ana-Marija Turkovic

Gina M. Carbone
NallyAnn Scaturro
Michael P. Napolitano
Jacqueline P. Lasker
Joseph I. Rozovsky

Hon. Joseph N. Giamboi (1925-2018)
Stephen C. Glasser
Paul F. Oliveri
*Of Counsel*

John M. Tomsky
Craig M. Silverman
Mary Tierney
James Wilkens
Beth N. Jablon
*Counsel to the Firm*

Author's E-Mail Address:
ffloriani@triallaw1.com
Direct Telephone Line:
(212) 732-9000

February 9, 2023

The Honorable P. Kevin Castel, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
Courtroom 11D 500 Pearl Street
New York, New York 10007

   Re: *Interceptor Ignition Interlocks, Inc. v. AT&T Mobility Services LLC*
     *Case No.:  1:18-cv-4289-PKC-GWG*

Sir:

  This firm represents plaintiff, Interceptor Ignition Interlocks, Inc., ("Interceptor") in the above action assigned to the Court.

  This letter is sent in response to the Court's order of November 1, 2022 (ECF Doc. No. 62), requesting a status report on the arbitration of the above matter.

  The Arbitrator held a three-day evidentiary hearing in this matter in June 2022 on the issue of arbitrability. After post-hearing briefing and oral argument, the Arbitrator by decision, dated January 6, 2023, ruled that the dispute between Interceptor and AT&T must be resolved through arbitration.

SUFFOLK OFFICE
33105 Main Road, Cutchogue, New York 11935
TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502
SPBMC-LI@TrialLaw1.com

NASSAU OFFICE
1140 Franklin Avenue, Garden City, New York 11530
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
25 Main Street, Suite 602, Hackensack, New Jersey 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

In accordance with the Arbitrator's instruction, the parties are now in the process of drafting a joint proposed case management order to schedule all remaining arbitration proceedings, including merits discovery, motions and a merits hearing, for the purpose of resolving issues related to the merits of Interceptor's claims and AT&T's counterclaims. The parties expect these proceedings to continue throughout the 2023 calendar year, and potentially into early 2024.

If the Court needs any other information I will, of course, provide it.

Respectfully submitted,

SULLIVAN PAPAIN BLOCK McGRATH
COFFINAS & CANNAVO P.C.

By: _____
     Frank V. Floriani

FVF:dv
(110949)

cc:  Faegre Drinker & Reath, LLP
     Attention:  Mathew J. Fedor, Esq.