UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INTERCEPTOR IGNITION
INTERLOCKS, INC.,

                Plaintiff,                  **18 Civ. No. 4289 (PKC) (GS)**

       -against-                       **ORDER**

AT&T MOBILITY SERVICES LLC,

                Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On March 7, 2019, the Honorable P. Kevin Castel granted Defendant AT&T's motion to compel arbitration and stay proceedings pending the outcome of arbitration. (Dkt. No. 38). The parties commenced arbitration on March 3, 2020 (*see* Dkt. No. 56) and have since provided the court with periodic status reports regarding the arbitration (Dkt. Nos. 57, 59, 61 & 63).

On September 18, 2023, the undersigned was referred to this matter for general pretrial supervision. Noting that it has been nearly a year since the last status report (Dkt. No. 63), the Court directs the parties to file a joint letter regarding the status of arbitration by **Friday, February 9, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               January 29, 2024

                                                      The Honorable Gary Stein
                                                      United States Magistrate Judge