**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
INTERCEPTOR IGNITION
INTERLOCKS, INC.

                 Plaintiff,

     -against-                                     18 **CIVIL 4289** (PKC)

                                                             **<u>JUDGMENT</u>**

AT&T MOBILITY SERVICES, LLC.,

                 Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 28, 2025, AT&T's motion to confirm the Final Award (ECF 78) is GRANTED. Final Judgment entered based upon the Final Award and this Court's Order dismissing with prejudice the claim in arbitration of Interceptor against AT&T with prejudice and dismissing the counterclaim and the request for attorneys' fees and costs asserted in the arbitration by AT&T against Interceptor without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                            **TAMMI M HELLWIG**
                                                         _____
                                                              **Clerk of Court**

                               **BY:**          _____
                                                              **Deputy Clerk**